E-FILED
Friday, 10 August, 2007  08:35:06 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-40024 |
| | ) | 04-40049 |
| **DAVID JAMES GORDON,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter coming before the court on the Petition of the Government, and it appearing to the court that David James Gordon, is presently incarcerated in the Scott County Jail, Davenport, Iowa, and it further appearing that the said David James Gordon's appearance is necessary in connection with the proceeding on August 15, 2007, at 9:00 a.m., and all subsequent proceedings involved in this cause.

**IT IS, THEREFORE, ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Sheriff of Scott County Jail, Rock Island, Illinois, and the United States Marshal for the Central District of Illinois to produce the said David James Gordon, on August 15, 2007, at 9:00 a.m. in the Federal Building at 211 19th Street, Rock Island, IL in connection with this cause and then and there to appear in connection with this cause and to remain in the custody of the United States Marshal, Central District of Illinois, until the conclusion of all proceedings in this cause.

_____
JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE

ENTERED:  This _____ day of August 2007.