E-FILED
Friday, 10 August, 2007  09:05:24 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

UNITED STATES OF AMERICA,   )
                            )
          Plaintiff,        )
                            )
     v.                     )      CRIMINAL NO. 04-40024
                            )                   04-40049
DAVID JAMES GORDON,         )
                            )
          Defendant.        )

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    THE SHERIFF OF SCOTT COUNTY JAIL, DAVENPORT, IOWA, and
       THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF
       ILLINOIS

GREETINGS:

We command you, the Sheriff of Scott County Jail, Davenport, Iowa and the United States Marshal for the Central District of Illinois, to produce David James Gordoon, to the Central District of Illinois, in the Federal Building at 211 19th Street, Rock Island, IL 61201, by the hour of 9:00 a.m. on August 15, 2007, then and there to appear in connection with this cause and to remain in the custody of the United States Marshal, Central District of Illinois, until the conclusion of all proceedings in this cause, and have you then and there this Writ.

WITNESS the Honorable John A. Gorman, United States Magistrate of the said Court, and the seal thereof, at the City of Rock Island, this 9th day of August, 2007.

S/John M. Waters

JOHN M. WATERS, Clerk
United States District Court
Central District of Illinois